1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | COURTNEY FEIN, Bar #244785
Designated Counsel for Service
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | (916) 498-5700

5 | Attorney for Defendant
BENITO HERNANDEZ-LUIS

6

7

8 |               IN THE UNITED STATES DISTRICT COURT

9 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )   NO. CR.S-12-302-MCE
                                      )
12 |               Plaintiff,         )   **STIPULATION AND ORDER;**
                                      )   **CONTINUING STATUS CONFERENCE**
13 |        v.                        )   **AND EXCLUDING TIME**
                                      )
14 | BENITO HERNANDEZ-LUIS            )   Date:   October 18, 2012
                                      )   Time:   9:00 a.m.
15 |               Defendant.         )   Judge:  Hon. Morrison C. England, Jr.
   | _____ )

16

17 |         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 | respective counsel,  Assistant United States Attorney NIRAV DESAI, attorney for Plaintiff,

19 | and Assistant Federal Defender COURTNEY FEIN for BENITO HERNANDEZ-LUIS that

20 | the status conference hearing date of October 11, 2012 be vacated, and the matter be set for

21 | status conference on October 18, 2012 at 9:00 a.m.

22 |         The reason for this continuance is to allow defense counsel additional time to review

23 | the  presentence report and consult with her client.

24 |         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25 | should be excluded from the date of signing of this order through and including October 18,

26 | 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

27 | ///

28 | ///

1    Local Code T4 based upon continuity of counsel and defense preparation.

2    DATED:  October 12, 2012.              Respectfully submitted,

3                                           DANIEL J. BRODERICK
                                            Federal Public Defender
4
                                            /s/ Courtney Fein
5                                           COURTNEY FEIN
                                            Assistant Federal Defender
6                                           Designated Counsel for Service
                                            Attorney for BENITO HERNANDEZ-LUIS
7

8    DATED:  October 12, 2012.              BENJAMIN WAGNER
                                            United States Attorney
9
                                            /s/ Courtney Fein for
10                                          NIRAV DESAI
                                            Assistant U.S. Attorney
11                                          Attorney for Plaintiff

12                                          ORDER

13          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

14   October 11, 2012, status conference hearing be continued to October 18, 2012, at 9:00 a.m.

15   Based on the representation of defense counsel and good cause appearing therefrom, the

16   Court hereby finds that the failure to grant a continuance in this case would deny defense

17   counsel reasonable time necessary for effective preparation, taking into account the exercise

18   of due diligence.   The Court finds that the ends of justice to be served by granting a

19   continuance outweigh the best interests of the public and the defendant in a speedy trial.  It

20   is ordered that time up to and including the October 18, 2012 status conference shall be

21   excluded from computation of time within which the trial of this matter must be commenced

22   under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code

23   T-4, to allow defense counsel reasonable time to prepare.

24    Dated:  October 12, 2012

25

26                                          MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE
27

28