1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2716
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-00302 MCE

12                      Plaintiff,          STIPULATION AND ORDER CONTINUING
                                            MARCH 14, 2013 STATUS CONFERENCE AND
13             v.                           EXCLUDING TIME PERIODS UNDER THE
                                            SPEEDY TRIAL ACT
14  BENITO NICOLAS HERNANDEZ-LUIS,
      aka Jose Hernandez Alvarez,
15    aka Jose Alvarez Hernandez,

16                      Defendant.

17

18         Plaintiff United States of America ("government") and defendant, by and through their

19  respective undersigned counsel, hereby stipulate as follows:

20         1.     On October 18, 2012, attorney Daniel M. Karalash, Esq. substituted in as counsel of

21  record for defendant.

22         2.     By prior order dated January 2, 2103, the Court set this matter for status conference to

23  take place on March 14, 2013, and excluded time under the Speedy Trial Act through March 14, 2013,

24  pursuant to Excludable Delay Code ("Local Code") T4 (ECF 18).  By additional prior orders, the Court

25  had excluded time under the Speedy Trial Act for the period of August 31, 2012, through January 3,

26  2013, pursuant to Local Code T4 (ECF 8, 11, 12, 15).

27         3.     By this stipulation, defendant moves to continue the status conference until **April 11,**

28  **2013**, and to exclude time under the Speedy Trial Act pursuant to Local Code T4.  The government does

                                            1

not oppose this request.

4.     The parties agree and stipulate, and request that the Court find, as follows:

a.     On October 18, 2012, Daniel M. Karalash, Esq. substituted in as counsel of record for defendant.

b.     Mr. Karalash filed a motion to reopen defendant's immigration case and a motion for cancellation of removal premised on the U.N. Convention Against Torture with the immigration courts.  Due to some confusion that occurred in the immigration proceedings, that administrative case was delayed for some time.  Mr. Karalash has advised that the briefing on the motion to reopen in the immigration court is now complete, and the parties are awaiting a hearing date or order.

c.     Defendant's counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to the continuance.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must commence, the time period from March 14, 2013, through and including April 11, 2013, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4], because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////

2

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated: March 8, 2013                                    BENJAMIN B. WAGNER
                                                            United States Attorney
7

8                                                           /s/ Nirav K. Desai
                                                            NIRAV K. DESAI
9                                                           Assistant United States Attorney

10
   Dated: March 8, 2013                                    /s/ Daniel M. Karalash
11                                                          (as authorized on March 8, 2013)

12                                                          DANIEL M. KARALSH
                                                            Attorney for Defendant
13

14

15                                  **ORDER**

16    The parties' stipulation, including the proposed findings, is HEREBY APPROVED.  The status

17  conference, currently scheduled for March 14, 2013, is **continued to April 11, 2013**, at 9:00 a.m., in

18  Courtroom 7.  The time period through April 11, 2013, is excluded  under the Speedy Trial Act pursuant

19  to Local Code T4.

20    IT IS SO ORDERED.

21   Date:  March 13, 2013

22

23
                                                            _____
                                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
24                                                          UNITED STATES DISTRICT JUDGE

25

26

27

28